USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD GRANT,

    Plaintiff,

-against-

ANGELA ROBINSON WITHERSPOON, et al.,

    Defendants.

19-CV-2460 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic conference held on December 4, 2019, it is hereby ORDERED that:

1. The deadlines set forth in the in the Court's Civil Case Management Plan and Scheduling Order (Dkt. No. 29) are EXTENDED as follows:

    a. The close of fact discovery is EXTENDED to December 20, 2019, **for the limited purpose of** conducting the depositions of non-parties Susan Taylor and Kephra Burns, which shall take place on a single date within the extended discovery period, reasonably convenient to the parties, their counsel, and the witnesses.

    b. Every party-proponent that intends to offer expert testimony in respect of a claim – including any counterclaim, cross-claim or third-party claim – must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **January 6, 2020**. Every party-opponent of such claim that intends to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **January 21, 2020**.

    c. Parties seeking to make post-discovery dispositive motions should submit a letter to the Court, in accordance with Rule 4(A) of the individual

practices of Judge Gardephe, by **January 13, 2020.** Opposition letters are due **January 18, 2020.**

    d.    All other provisions of the Civil Case Management Plan and Scheduling Order remain in effect, including the requirement that all counsel must meet face-to-face for at least one hour to discuss settlement no later than 14 days following the close of fact discovery.

2. Counsel for defendants shall promptly re-serve witnesses Burns and Taylor with deposition subpoenas, updated to reflect the revised date and times for their depositions. The subpoenas may be served by certified mail or courier, with proof of delivery, which service shall be deemed sufficient for purposes of Fed. R. Civ. P. 45(b).

This Order resolves the letter-motion at Dkt. No. 61.

Dated: New York, New York
December 4, 2019        **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**