UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD GRANT,

               Plaintiff,

- against -

ANGELA ROBINSON WITHERSPOON,
JOHN WITHERSPOON A/K/A JOHN
WEATHERSPOON, AND T BOYDS BOY
PRODUCTIONS, INC.,

               Defendants.

**ORDER**

19 Civ. 2460 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for January 9, 2020 is adjourned to **February 6, 2020 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 10, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge