USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD GRANT,

    Plaintiff,

-against-

ANGELA ROBINSON WITHERSPOON, et al.,

    Defendants.

19-CV-2460 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's letter-motion dated December 13, 2019 (Dkt. No. 78), which raises three discovery disputes, and defendants' "Scheduling Letter" dated December 14, 2019 (Dkt. No. 79), which informs the Court that defendants "intend to provide substantive opposition" to plaintiff's letter-motion no later than December 18, 2019, and alleges that plaintiff "never" asked defendants "to meet and confer to discuss the issues being raised."

The Court notes that plaintiff's letter-motion fails to include either a certification that the parties have met and conferred, or copies of the discovery requests and responses in dispute (and, if necessary, the portions of deposition testimony on which plaintiff relies), as required by this Court's Individual Practices. *See* Moses Indiv. Prac. § (2)(b).

The Court therefore DENIES plaintiff's letter-motion without prejudice to re-filing, in accordance with the applicable rules, no later than **December 20, 2019**. Defendants shall respond no later than **December 27, 2019**. Plaintiff's optional reply shall be filed no later than **January 2, 2020**.

The Clerk of Court is directed to terminate the letter-motion at Dkt. No. 78.

Dated: New York, New York
      December 16, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**