UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD GRANT,

                    Plaintiff,

        - against -

ANGELA ROBINSON WITHERSPOON,
JOHN WITHERSPOON A/K/A JOHN
WEATHERSPOON, AND T BOYDS BOY
PRODUCTIONS, INC.,

                    Defendants.

**ORDER**

19 Civ. 2460 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference previously scheduled for February 6, 2020, is adjourned to

**February 20, 2020** at 10:30 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse,

40 Foley Square, New York, New York.

Dated:  New York, New York
        February 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge